JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SEYED MOUSAVI,

     Petitioner,

  v.

MICHELLE CAREY,

     Respondent.

CV 11-7644 PA
CR 07-0513 PA

JUDGMENT DISMISSING
PETITIONER'S ACTION WITH
PREJUDICE

    Pursuant to the Court's October 18, 2012 Order denying Petitioner Seyed Mousavi's Motion for Relief Pursuant to 28 U.S.C. § 2255,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED:  October 18, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE